**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| JUSTIN CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG AGENCY, LLC,<br><br>Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant BEST INSURANCE GROUP, LLC, erroneously sued and served as BIG AGENCY, LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On August 7, 2025, Plaintiff JUSTIN CARR ("Plaintiff") filed a civil putative class action in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, entitled *JUSTIN CARR, individually and on behalf of all others similarly situated v. BIG AGENCY, LLC*, Case No. 502025CA007924XXXAMB. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant on August 11, 2025.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

4. There are no other defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). Complaint (Ex. A), ¶ 4 ("This is a putative class action brought pursuant to the TCPA."). It is therefore an action of which this Court has

original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

Date: August 28, 2025

Respectfully submitted,

/s/ Marc S. Dobin

Marc S. Dobin
Florida Bar No. 997803
DOBINLAW, P.S.
9123 NE Juanita Dr.
Unit 411
Kirkland, WA 98034
(561) 575-5880
mdobin@dobinlaw.com

Attorneys for Defendant
BEST INSURANCE GROUP, LLC, erroneously sued and served as BIG AGENCY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2025, a true and accurate copy of the foregoing document entitled NOTICE OF REMOVAL was served via e-mail and U.S. Mail on the following persons:

Faaris K. Uddin, Esq.
faaris@jibraellaw.com
Mitchell D. Hansen, Esq.
mitchell@jibraellaw.com
Zane C. Hedaya, Esq.
zane@jibraellaw.com
Gerald D. Lane, Jr., Esq.
gerald@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
1515 NE 26th Street
Wilton Manors, FL 33305
(813) 340-8838
Counsel for Plaintiff

Date: August 29, 2025

/s/ Marc S. Dobin

Marc S. Dobin
Florida Bar No. 997803
DOBINLAW, P.S.
9123 NE Juanita Dr.
Unit 411
Kirkland, WA 98034
(561) 575-5880
mdobin@dobinlaw.com

Attorneys for Defendant
BEST INSURANCE GROUP, LLC, erroneously sued and served as BIG AGENCY, LLC